UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID SCHNEIDER,<br><br>    Plaintiff,<br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, LP,<br><br>    Defendant. | Case No.:  1:15-cv-09524<br>Hon. Edmond E. Chang |

## NOTICE OF PRESENTMENT OF MOTION

To:  Please see Certificate of Service

PLEASE TAKE NOTICE that on December 16, 2015 at 9:00 a.m. or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Edmond E. Chang, in courtroom 2119, located in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendant's Motion for Initial Enlargement of Time to File Responsive Pleading, a copy of which is hereby served upon you.

                    Respectfully submitted,

                    /s/ Charity A. Olson
                    Charity A. Olson (P68295)
                    OLSON LAW GROUP
                    Attorneys for Defendant
                    2723 S. State St., Suite 150
                    Ann Arbor, MI 48104
                    Tel:    (734) 222-5179
                    Fax:    (866) 941-8712
Dated: December 9, 2015        colson@olsonlawpc.com

1

**CERTIFICATE OF SERVICE**

I, Charity A. Olson, hereby certify that on December 9, 2015, I e-filed the foregoing document with the Clerk of Court using the Court's ECF filing system, which will send notification of such filing to all attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP